```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
FRANCES KALENDER,

                    Plaintiff,           20-cv-3408 (JGK)

       - against -                       ORDER

GRIZZLY COOLERS, LLC.,

                    Defendant.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The plaintiff should submit papers in support of an Order to Show Cause for a default judgment by July 31, 2020. If the plaintiff fails to do so, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:   New York, New York**
**        July 22, 2020**                 ____/s/ John G. Koeltl_____
                                              **John G. Koeltl**
                                     **United States District Judge**