```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

FRANCES KALENDER,

                Plaintiff,        20-cv-3408 (JGK)

   - against -               ORDER

GRIZZLY COOLERS, LLC.,

                Defendant.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff should provide the Court with a proposed OTSC for a default judgment by August 28, 2020. If the plaintiff fails to do so, the case may be dismissed for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
           August 13, 2020          /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                        **United States District Judge**