UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES KALENDER,                              20 Civ. 3408 (JGK)

                  Plaintiff,            ORDER

       - against -

GRIZZLY COOLERS, LLC,

                 Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiff has failed to comply with the orders of the Court filed on July 22, 2020 and August 13, 2020 directing the plaintiff to file a proposed Order to Show Cause. In light of this, the case is dismissed for failure to prosecute without prejudice. No less severe remedy would be sufficient. The dismissal without prejudice is itself less severe than dismissal with prejudice. The Clerk is directed to close the case.

SO ORDERED.

Dated:    New York, New York
          October 21, 2020

                        John G. Koeltl
               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/20